No. 78–5940. CRISTINA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–5941. DUNLAP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5945. DEAN v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 78–5946. DUMBACH v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 78–5949. SPECK v. ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 78–5951. BREEZE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 78–5952. KURPIEWSKI v. KURPIEWSKI. Sup. Ct. Pa. Certiorari denied.

No. 78–5953. CASTELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5958. PERRY v. CUYLER, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–5959. JOHNSON v. COUSINS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5960. KLEIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5961. HITE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–5962. DAVIS ET AL. v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.